**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO. 2:08CR29**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **JESSE JOSE PEREZ** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's notice of appeal from a detention order entered by the Magistrate Judge. **Notice of Appeal, filed October 27, 2008;** *see* **Order of Detention Pending Trial, filed October 22, 2008.**

Defendant's notice of appeal is one sentence long and fails to take issue with any of the Magistrate Judge's detailed findings or conclusions. In light of the fact that Defendant has neglected to direct the undersigned's attention to any error in the detention order, and having independently considered that order and found it to be in keeping with applicable law, the Court will affirm Defendant's detention pending trial.

**IT IS, THEREFORE, ORDERED** that the Order of Detention is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of Appeal is hereby **DISMISSED.**

Signed: October 28, 2008

Lacy H. Thornburg
United States District Judge