# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Bryson City Division

UNITED STATES OF AMERICA

V.

Jesse Jose Perez

JUDGMENT OF ACQUITTAL

CASE NUMBER: 2:08-cr-29

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: February 11, 2009

Lacy H. Thornburg
United States District Judge